

United States District Court
Southern District of Texas
FILED

MAR - 1 2010

, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: JACOBO CHAPA.   CASE NO. 97-25323
       MARIA TERESA CHAPA
DEBTOR   CHAPTER 12

**MOTION TO PAY FUNDS IN THE REGISTRY UNDER 11 U.S.C. 347 (A)**

THE UNDERSIGNED TRUSTEE REPROTS:

_____ The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the Final Distribution, and the dividend (s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____ Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: February 26, 2010

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557
(254) 853-2215 Fax:(254) 853-3200

EXHIBIT A

Please check one:
<pre>
____      small dividends
 X        unclaimed dividends
</pre>

| NAME | AMOUNT |
|---|---|
| Hidalgo Co Tax A/Coll | $1191.68 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: JACOBO CHAPA                      CASE NO. 97-25323
       MARIA TERESA CHAPA
       DEBTORS                            CHAPTER 12

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Trustee's motion to pay funds in the registry under 11 U.S.C. 347 (A). Chapter 12 Trustee has notified the parties on the attached list in the Chapter 12 case of **JACOBO CHAPA and MARIA TERESA CHAPA CASE NO. 97-25323** by prepaid regular U.S. Mail on this 26th day of February 2010.

*/s/ M.H. McGinnes, Jr.*
M.H. McGinnes, Jr.
Standing Chapter 12 Trustee

Mailing Matrix

Jacobo Chapa
Maria Teresa Chapa
5223 Ridgeline
Brownsville, TX 78520

John Ventura
Attorney at Law
62 E. Price Rd.
Brownsville, TX 78520

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557

U.S. Trustee
606 N. Carancahua
Corpus Christi, TX 78476

Hidalgo Co Tax A/Coll
P.O. Box Drawer 178
Edinburg, TX 78540-0178